# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMART-TD LOCAL 161,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>WEDRIVEU, INC. and ASURE SOFTWARE, INC.,<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:20-cv-01312-RAJ |

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　For the reasons set forth in the Court's Order of August 12, 2021, Judgment is entered in favor of Defendants WeDriveU, Inc. and Asure Software, Inc., against Plaintiff Smart-TD Local 161.

　　DATED this 16th day of August, 2021.

　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　By:   */s/ Victoria Ericksen*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk